IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-22312-TPA |
| Renee D. Short | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| | : | Related to Document No. 95 and 98 |
| Movant | : | |
|  Renee D. Short | : | |
|     v. | : | Hearing Date and Time: |
| | : | May 18, 2017 at 1:30 PM |
| | : | |
| No Respondent. | : | |

## CERTIFICATE OF SERVICE OF ORDER OF COURT DATED April 21, 2017

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 3, 2017

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-class mail and electronic notification

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: May 3, 2017

                                            Respectfully submitted,

                                            /s/ E. Vernon Parkinson

                                            E. Vernon Parkinson, Esquire
                                            Pa. I.D. #77729
                                            Attorney for Debtor
                                            Welch, Gold, Siegel & Fiffik P.C.
                                            428 Forbes Avenue
                                            1240 Lawyers Building
                                            Pittsburgh, PA 15219
                                            Phone: 412.391.1014
                                            Fax:    412.471.9510
                                            E-mail: vparkinson@wgsf-law.com

**PAWB Local Form 7 (07/13)**

**Ally Financial**
200 Renaissance Ctr
Detroit, MI 48243

**Ally Financial**
200 Renaissance Ctr
Detroit, MI 48243

**Bank Of America
PO Box 982235
El Paso, TX 79998**

**Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410**

**Bk Of Amer**
P.O. Box 17054
Wilmington, DE 19884

**Chase**
PO Box 901076
Fort Worth, TX 76101

**Citi**
P.O. Box 6500 C/O Citi Corp
Sioux Falls, SD 57117-6500

**Citi**
Po Box 6241
Sioux Falls, SD 57117

**Discover Fin Svcs Llc**
Po Box 15316
Wilmington, DE 19850

**Discovr Cd**
Po Box15316 Att:Cms/Prod Develop
Wilmington, DE 19850-5316

**Gecrb/Jcp**
Po Box 984100
El Paso, TX 79998

**Gecrb/Levin Furniture**
Po Box 981439
El Paso, TX 79998

**Kohls/Capone**
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

**Parkview Comm Fcu**
1213 5th Ave
Mckeesport, PA 15132

**Pnc Bank, N.A.**
1 Financial Pkwy
Kalamazoo, MI 49009

**Wfb Cd Svc**
P.O. Box 5445
Portland, OR 97208