Form 237

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Renee D. Short** | Case No. 14–22312–TPA |
| **aka Renee D. Anderson** | Chapter: 13 |
| *Debtor(s)* | |
| | |
| BANK OF AMERICA, N.A. | |
| *Movant,* | Related to Claim No. 7 |
| | |
| v. | |
| Renee D. Short and | |
| Ronda J. Winnecour, Esq., Trustee | |
| *Respondent.* | |

### ORDER

        **AND NOW**, this **2nd day of June, 2017,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***BANK OF AMERICA, N.A.*** at Claim No. 7 in the above−captioned bankruptcy case,

        It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

        *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Renee D. Short  
    Debtor

Case No. 14-22312-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 1      Date Rcvd: Jun 02, 2017  
                       Form ID: 237      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.  
db        +Renee D. Short,    320 Country Hills Drive,    North Huntingdon, PA 15642-2645  
           +Bank of America, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:  
       Andrew F Gornall     on behalf of Creditor     BANK OF AMERICA, N.A. agornall@goldbecklaw.com,  
        bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Brett A. Solomon     on behalf of Creditor     Ally Financial bsolomon@tuckerlaw.com,  
        dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
       Charles O. Zebley, Jr.     on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,  
        PA67@ecfcbis.com;Lyndie@Zeblaw.com  
       E. Vernon Parkinson     on behalf of Debtor Renee D. Short vparkinson@wgsf-law.com,  
        nreyes@wgsf-law.com  
       Heather A. Sprague     on Behalf of the United States Trustee by     on behalf of U.S. Trustee  
        Office of the United States Trustee Heather.Sprague@usdoj.gov,  
        Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;  
        Andrew.F.Cetnarowski@usdoj.gov  
       James Warmbrodt     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
       Stuart P. Winneg     on behalf of Creditor     BANK OF AMERICA, N.A. swinneg@udren.com,  
        cblack@udren.com  
                                                                                      TOTAL: 9