## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **14-22312** |
| **Renee Short** | : | |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| **Renee Short, Movant** | : | |
| | : | Motion No. X WO-3 |
| v. | : | |
| **UPMC Health Systems Plan, Inc.** | : | Related to Doc #: 109 & 110 |
| Respondents | : | |
| | : | Document # 114 |

### CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT ALONG WITH THE NOTIFICATION OF DBETOR'S SOCIAL SECURITY NUMBER

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 27, 2017

     The type(s) of service made on the parties was made via first – class mail and electronic notification.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 27, 2017         Respectfully submitted,

                                                     /s/ E. Vernon Parkinson
                                                   E. Vernon Parkinson, Esquire
                                                   PA I.D. No.: 77729
                                                   Attorney for the Debtor
                                                   Welch, Gold, Siegel & Fiffik P.C.
                                                   Suite 1240, Lawyers Building
                                                   428 Forbes Avenue
                                                   Pittsburgh PA 15219
                                                   Phone: 412-391-1014
                                                   Fax:    412-471-9510
                                                   E-mail: vparkinson@wgsf-law.com

**PAWB Local Form 7 (07/13)**

**UMPC HEALTH PLAN, INC.**
**ATTN: PAYROLL DEPARTMENT**
**200 LOTHROP STREET**
**PITTSBURGH PA 15212**


**RONDA J. WINNECOUR, ESQUIRE**
**CHAPTER 13 TRUSTEE**
**SUITE 3250 USX TOWER**
**600 GRANT STREET**
**PTITSBURGH, PA 15219**