# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 14-22312 |
|     Renee D. Short | : |
| | : |
| | : Chapter 13 |
|     Debtor(s). | : |
| _____ | : Related to Doc. #: 108 and 111 |
|     Renee D. Short | : |
| | : Conciliation Conference Hearing Date |
| | : and Time: |
|     Movant(s), | : |
| v. | :October 19, 2017 at 1:30 pm |
|     RONDA J. WINNECOUR, | : |
|     Chapter 13 Trustee, | : |
| | : |
|     Respondent(s). | : |

**CERTIFICATE OF SERVICE ALONG WITH THE ORDER OF COURT DATED September 18, 2017**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 27, 2017

    The type(s) of service made on the parties was made via first – class mail and electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| EXECUTED ON: September 27, 2017 | Respectfully submitted, |
| | |
| | /s/ E. Vernon Parkinson |
| | E. Vernon Parkinson, Esquire |
| | PA I.D. No.: 77729 |
| | Attorney for the Debtor |
| | Welch, Gold, Siegel & Fiffik P.C. |
| | Suite 1240, Lawyers Building |
| | 428 Forbes Avenue |
| | Pittsburgh PA 15219 |
| | Phone: 412-391-1014 |
| | Fax:    412-471-9510 |
| | E-mail: vparkinson@wgsf-law.com |

**RONDA J. WINNECOUR, ESQUIRE**
**CHAPTER 13 TRUSTEE**
**SUITE 3250 USX TOWER**
**600 GRANT STREET**
**PTITSBURGH, PA 15219**

**Ally Bank**
PO Box 130424
Roseville, MN 55113-0004

**Ally Financial**
200 Renaissance Ctr
Detroit, MI 48243

**Ally Financial**
200 Renaissance Ctr
Detroit, MI 48243

**Bank Of America**
PO Box 982235
El Paso, TX 79998

**Bank of America, N.A.**
P.O. BOX 660933
Dallas, TX 75266

**Bank Of America, N.A.**
4161 Piedmont Pkwy
Greensboro, NC 27410

**Bk Of Amer**
P.O. Box 17054
Wilmington, DE 19884

**Capital One, N.A.**
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Chase**
PO Box 901076
Fort Worth, TX 76101

**Citi**
Po Box 6241
Sioux Falls, SD 57117

**Citi**
P.O. Box 6500 C/O Citi Corp
Sioux Falls, SD 57117-6500

**Discover Bank**
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

**Discover Fin Svcs Llc**
Po Box 15316
Wilmington, DE 19850

**Discovr Cd**
Po Box15316 Att:Cms/Prod Develop
Wilmington, DE 19850-5316

**Gecrb/Jcp**
Po Box 984100
El Paso, TX 79998

**Gecrb/Levin Furniture**
Po Box 981439
El Paso, TX 79998

**JPMorgan Chase Bank N.A.**
National Bankruptcy Department
P.O.Box 29505 AZ1-1191
Phoenix , AZ 85038-9505

**Kohls/Capone**
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

**Parkview Comm Fcu**
1213 5th Ave
Mckeesport, PA 15132

**Pnc Bank, N.A.**
1 Financial Pkwy
Kalamazoo, MI 49009

**PNC BANK, N.A.**
PO BOX 94982
CLEVELAND, OHIO 44101

**PYOD, LLC its successors and assigns as assignee**
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

**Synchrony Bank**
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

**Wfb Cd Svc**
P.O. Box 5445
Portland, OR 97208