**Fill in this information to identify the case:**

Debtor 1: Renee D. Short

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 14-22312-TPA

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Carrington Mortgage Services, LLC

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 7 8

**Property address:** 320 Country Hills Dr
Number    Street

Irwin        PA    15642
City         State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

Debtor 1   Renee D. Short
           First Name   Middle Name   Last Name

Case number (*if known*) 14-22312-TPA

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Bonni
   Signature

Date  11/08/2019

Print  Bonni S. Mantovani
       First Name   Middle Name   Last Name

Title  Attorney

Company  Prober & Raphael, A Law Corporation

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  20750 Ventura Blvd, Suite 100
         Number         Street

         Woodland Hills        CA      91364
         City                  State   ZIP Code

Contact phone  (818) 227-0100

Email  cmartin@pralc.com

Form 4100R     **Response to Notice of Final Cure Payment**     page **2**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Lupe Salazar, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 11/8/2019, I served the within STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Renee D. Short
320 Country Hills Drive
North Huntingdon, PA 15642

E. Vernon Parkinson
Welch, Gold & Siegel PC
Suite 1240 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 11/8/2019 at Woodland Hills, California.

/s/ Lupe Salazar

1