Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Renee D. Short** | : | Case No. 14–22312–TPA |
| **aka Renee D. Anderson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 132 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/5/20 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of November, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 132 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  *On or before January 13, 2020*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on *February 5, 2020 at 12:00 PM* in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-22312-TPA
Renee D. Short                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jmar            Page 1 of 2           Date Rcvd: Nov 27, 2019
                              Form ID: 300a         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
```
db          +Renee D. Short,    320 Country Hills Drive,    North Huntingdon, PA 15642-2645
cr          +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
cr          +Carrington Mortgage Services, LLC,    PROBER & RAPHAEL, A LAW CORPORATION,
              20750 Ventura Boulevard,    Suite 100,    Woodland Hills, CA 91364-6207
13866699    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    PO Box 982235,    El Paso, TX 79998)
13991339    +Bank of America, N.A.,    P.O. BOX 660933,    Dallas, TX 75266-0933
13866701    +Bk Of Amer,    P.O. Box 17054,    Wilmington, DE 19884-0001
13967230     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14794573    +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13866703     Citi,    P.O. Box 6500 C/O Citi Corp,    Sioux Falls, SD 57117-6500
13866704    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13932583    +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13866710     Parkview Comm Fcu,    1213 5th Ave,    Mckeesport, PA 15132
13866711    +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13866712     Wfb Cd Svc,    P.O. Box 5445,    Portland, OR 97208
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13990889     E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2019 03:37:31      Ally Bank,    PO Box 130424,
              Roseville, MN 55113-0004
13866697    +E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2019 03:37:31      Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
13866702    +E-mail/Text: bk.notifications@jpmchase.com Nov 28 2019 03:39:08      Chase,    PO Box 901076,
              Fort Worth, TX 76101-2076
13942501     E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13866705    +E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
13866706     E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27      Discovr Cd,
              Po Box15316 Att:Cms/Prod Develop,    Wilmington, DE 19850-5316
13866707     E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:46:43      Gecrb/Jcp,    Po Box 984100,
              El Paso, TX 79998
13866708    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:46:43      Gecrb/Levin Furniture,
              Po Box 981439,    El Paso, TX 79998-1439
13954801     E-mail/Text: bk.notifications@jpmchase.com Nov 28 2019 03:39:08      JPMorgan Chase Bank N.A.,
              National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13866709    +E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 03:38:40      Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13989283    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 03:47:09
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13992218     E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:46:44      Synchrony Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A.
cr*            +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13866698*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
13866700*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
                                                                                              TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jmar              Page 2 of 2            Date Rcvd: Nov 27, 2019
                              Form ID: 300a           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              E. Vernon Parkinson    on behalf of Debtor Renee D. Short vparkinson@wgsf-law.com,
               nreyes@wgsf-law.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    BANK OF AMERICA, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 10
```