**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Renee D. Short** | Social Security number or ITIN  xxx–xx–8047 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–22312–TPA**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Renee D. Short
> aka Renee D. Anderson

<u>1/15/20</u>

**By the court:**   <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22312-TPA
Renee D. Short                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2              Date Rcvd: Jan 15, 2020
                              Form ID: 3180W          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db         +Renee D. Short,   320 Country Hills Drive,   North Huntingdon, PA 15642-2645
cr         +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
             Pittsburgh, Pa 15222-5413
cr         +Carrington Mortgage Services, LLC,   PROBER & RAPHAEL, A LAW CORPORATION,
             20750 Ventura Boulevard,   Suite 100,   Woodland Hills, CA 91364-6207
13991339   +Bank of America, N.A.,   P.O. BOX 660933,   Dallas, TX 75266-0933
14794573   +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
13932583   +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13866710    Parkview Comm Fcu,   1213 5th Ave,   Mckeesport, PA 15132
13866711   +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13866712    Wfb Cd Svc,   P.O. Box 5445,   Portland, OR 97208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 04:25:50      Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA   17128-0946
13990889    EDI: GMACFS.COM Jan 16 2020 08:33:00      Ally Bank,   PO Box 130424,   Roseville, MN 55113-0004
13866697   +EDI: GMACFS.COM Jan 16 2020 08:33:00      Ally Financial,   200 Renaissance Ctr,
             Detroit, MI 48243-1300
13866699    EDI: BANKAMER.COM Jan 16 2020 08:33:00      Bank Of America,   PO Box 982235,
             El Paso, TX 79998
13866700    EDI: BANKAMER.COM Jan 16 2020 08:33:00      Bank Of America, N.A.,   4161 Piedmont Pkwy,
             Greensboro, NC 27410
13866701   +EDI: BANKAMER2.COM Jan 16 2020 08:33:00      Bk Of Amer,   P.O. Box 17054,
             Wilmington, DE 19884-0001
13967230    EDI: BL-BECKET.COM Jan 16 2020 08:34:00      Capital One, N.A.,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
13866702   +EDI: CAUT.COM Jan 16 2020 08:33:00      Chase,   PO Box 901076,   Fort Worth, TX 76101-2076
13866703    EDI: CITICORP.COM Jan 16 2020 08:33:00      Citi,   P.O. Box 6500  C/O Citi Corp,
             Sioux Falls, SD 57117-6500
13866704   +EDI: CITICORP.COM Jan 16 2020 08:33:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13942501    EDI: DISCOVER.COM Jan 16 2020 08:33:00      Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
13866705   +EDI: DISCOVER.COM Jan 16 2020 08:33:00      Discover Fin Svcs Llc,   Po Box 15316,
             Wilmington, DE 19850-5316
13866706    EDI: DISCOVER.COM Jan 16 2020 08:33:00      Discovr Cd,   Po Box15316  Att:Cms/Prod Develop,
             Wilmington, DE 19850-5316
13866707    EDI: RMSC.COM Jan 16 2020 08:34:00      Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13866708   +EDI: RMSC.COM Jan 16 2020 08:34:00      Gecrb/Levin Furniture,   Po Box 981439,
             El Paso, TX 79998-1439
13954801    EDI: CAUT.COM Jan 16 2020 08:33:00      JPMorgan Chase Bank N.A.,
             National Bankruptcy Department,   P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
13866709   +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 04:25:00      Kohls/Capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13989283    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 04:21:02
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13992218    EDI: RMSC.COM Jan 16 2020 08:34:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
             25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A.
cr*            +Carrington Mortgage Services, LLC,,   1600 South Douglass Road,   Anaheim, CA 92806-5951
13866698*      +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
                                                                                TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2               User: dkam                Page 2 of 2                  Date Rcvd: Jan 15, 2020
                                   Form ID: 3180W            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Brett A. Solomon     on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              E. Vernon Parkinson     on behalf of Debtor Renee D. Short vparkinson@fiffiklaw.com,
               nreyes@fiffiklaw.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg     on behalf of Creditor    BANK OF AMERICA, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                                   TOTAL: 10
```