**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/15/20 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RENEE D. SHORT

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-22312 TPA

Chapter 13

Document No.:  132

ORDER OF COURT

AND NOW, this ___15th___ day of ___January___, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-22312-TPA
Renee D. Short                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam                  Page 1 of 2             Date Rcvd: Jan 15, 2020
                                Form ID: pdf900             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db           +Renee D. Short,    320 Country Hills Drive,    North Huntingdon, PA 15642-2645
cr           +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
cr           +Carrington Mortgage Services, LLC,    PROBER & RAPHAEL, A LAW CORPORATION,
              20750 Ventura Boulevard,    Suite 100,    Woodland Hills, CA 91364-6207
13866699    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     PO Box 982235,    El Paso, TX 79998)
13991339     +Bank of America, N.A.,    P.O. BOX 660933,    Dallas, TX 75266-0933
13866701     +Bk Of Amer,    P.O. Box 17054,    Wilmington, DE 19884-0001
13967230      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14794573     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13866704     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13866703      Citi,    P.O. Box 6500 C/O Citi Corp,    Sioux Falls, SD 57117-6500
13932583     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13866710      Parkview Comm Fcu,    1213 5th Ave,    Mckeesport, PA 15132
13866711     +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13866712      Wfb Cd Svc,    P.O. Box 5445,    Portland, OR 97208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13990889      E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 04:23:57     Ally Bank,   PO Box 130424,
              Roseville, MN 55113-0004
13866697     +E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 04:23:57     Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
13866702     +E-mail/Text: bk.notifications@jpmchase.com Jan 16 2020 04:25:35     Chase,   PO Box 901076,
              Fort Worth, TX 76101-2076
13942501      E-mail/Text: mrdiscen@discover.com Jan 16 2020 04:24:54     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13866705     +E-mail/Text: mrdiscen@discover.com Jan 16 2020 04:24:54     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
13866706      E-mail/Text: mrdiscen@discover.com Jan 16 2020 04:24:54     Discovr Cd,
              Po Box15316 Att:Cms/Prod Develop,    Wilmington, DE 19850-5316
13866707      E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 04:20:32     Gecrb/Jcp,   Po Box 984100,
              El Paso, TX 79998
13866708     +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 04:20:31     Gecrb/Levin Furniture,
              Po Box 981439,    El Paso, TX 79998-1439
13954801      E-mail/Text: bk.notifications@jpmchase.com Jan 16 2020 04:25:35     JPMorgan Chase Bank N.A.,
              National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13866709     +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 04:25:01     Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13989283     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 04:21:07
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13992218      E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 04:20:31     Synchrony Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A.
cr*            +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13866698*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
13866700*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
                                                                                TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: dkam               Page 2 of 2            Date Rcvd: Jan 15, 2020
                              Form ID: pdf900          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Brett A. Solomon     on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              E. Vernon Parkinson     on behalf of Debtor Renee D. Short vparkinson@fiffiklaw.com,
               nreyes@fiffiklaw.com
              Heather A. Sprague     on Behalf of the United States Trustee by     on behalf of U.S. Trustee
                Office of the United States Trustee Heather.Sprague@usdoj.gov
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg     on behalf of Creditor    BANK OF AMERICA, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                            TOTAL: 10
```